# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BARNES, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>ONE CALL CARE MANAGEMENT, a New Jersey Corporation; LINDSAY CAUBLE, an individual; and DOES 1 through 25, inclusive.<br><br>    Defendants. | Case No.: LA CV14-07820 JAK (AJW)<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

////
////
////
////
////
////
////

LAW OFFICES OF
EDWARD Y. LEE
A PROFESSIONAL CORPORATION

3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
(213) 380-5858

**ORDER APPROVING STIPULATION TO DISMISS CASE**

- 1 -

1   **IT IS HEREBY ORDERED** that the joint Stipulation for Dismissal with
2   Prejudice is approved.

4   **IT IS SO ORDERED**

5   Dated: July 9, 2015

6   _____
    JOHN A. KRONSTADT
7   UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
EDWARD Y. LEE
A PROFESSIONAL CORPORATION

3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
(213) 380-5858

**ORDER APPROVING STIPULATION TO DISMISS CASE**

- 2 -